## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **WAVELAND INVESTMENTS, LLC,**<br>**an Illinois Limited Liability Company,** | ) <br> ) <br> ) | FILED: SEPTEMBER 4, 2008<br>08CV5045<br>JUDGE CONLON<br>MAGISTRATE JUDGE KEYS |
| **Plaintiff,** | ) <br> ) | AO<br>**Civil Action No.** |
| **vs.** | ) <br> ) | **Judge** |
| **WAVELAND INTERNATIONAL, INC.**<br>**d/b/a WAVELAND CAPITAL PARTNERS**<br>**d/b/a WAVELAND CAPITAL ADVISORS**<br>**an Illinois Corporation;**<br>**Brad Curtis, an individual;**<br>**Nelson D. Rodriguez, an individual; and**<br>**Does 1-9 inclusive,** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Jury Demanded** |
| **Defendants.** | ) | |

## COMPLAINT FOR TRADEMARK  INFRINGMENT
## AND UNFAIR COMPETITION

Plaintiff, Waveland Investments, LLC, by its undersigned counsel, hereby brings this Complaint against: Waveland International, Inc. d/b/a Waveland Capital Partners d/b/a Waveland Capital Advisors; Brad Curtis; and Nelson D. Rodriguez (collectively "Defendants") and Does 1-9, inclusive and alleges as follows:

### NATURE AND STATUTORY BASIS OF ACTION

1.      This is an action for common law trademark infringement, false designation of origin and unfair competition under 15 U.S.C. §1125(a) (Count I); registered trademark infringement under 765 ILCS 1036/1 *et seq.* (Count II); deceptive trade practices under 815 ILCS 510/1 *et seq.* (Count III); and consumer fraud under 815 ILCS 505/1 *et seq.* (Count IV).

## THE PARTIES

2.      Plaintiff, Waveland Investments, LLC is an Illinois limited liability company having its principal place of business at 1850 Second Street, Suite 201, Highland Park, IL 60035.

3.      Defendant Waveland International, Inc. d/b/a Waveland Capital Partners d/b/a Waveland Capital Advisors ("Waveland International") is an Illinois corporation having a place of business at Two Prudential Plaza, 180 North Stetson Avenue, Suite 1440, Chicago, IL 60601.

4.      Defendant Brad Curtis is an individual residing, on information and belief, in Highland Park, Illinois.  On information and belief he: i) is a Managing Director of Defendant Waveland International; ii) is a driving force of Waveland International, and; iii) has personally directed the infringing activities described herein, and continues to direct said infringing activities.

5.      Defendant Nelson D. Rodriguez is an individual residing, on information and belief, in Western Springs, Illinois.  On information and belief he: i) is a Managing Partner of Defendant Waveland International; ii) is a driving force of Waveland International; and iii) has personally directed the infringing activities described herein, and continues to direct said infringing activities.

6.      The true names and capacities, whether individual, corporate or otherwise of Defendants DOES 1-9 inclusive are presently unknown to Plaintiff, who therefore sues each of them by such fictitious names.  Plaintiff will seek leave to amend this Complaint to allege their true names and capacities when they have been ascertained.  Plaintiff is informed and believes and therefore alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by those Defendants.  At all times mentioned, Defendants DOES 1-9 inclusive were agents, servants, employees or attorneys of their co-defendants, and in doing the

things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

## JURISDICTION AND VENUE

7.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338 and 1367(a), and the doctrines of ancillary and pendant jurisdiction.

8.    This Court has personal jurisdiction over Defendants as they reside in, are directing and/or are doing substantial business in this judicial district, including, on information and belief, committing the herein-described acts of trademark infringement in this judicial district. Personal jurisdiction is vested in this Court pursuant to one or more sections of 735 ILCS 5/2-201 through 5/2-213 in that Defendants have, with respect to the present case, transacted business in the State of Illinois; engaged in tortious acts within the State of Illinois, and/or have contacts with the State of Illinois, all commensurate with the United States and Illinois Constitutions, so as to submit themselves to the jurisdiction and process of this Court.

9.    Venue is proper in this Judicial District under 28 U.S.C. § 1391.

## GENERAL ALLEGATIONS

10.    Plaintiff is the owner of the mark WAVELAND INVESTMENTS for private investment firm and direct investment services that has been in continuous use since at least as early as May 17, 2000.

11.    Plaintiff is the owner of a family of WAVELAND-formative trademarks and domain names in association with private investment firm, direct investing and/or hedge fund services, including the following trademarks and domain names:

- WAVELAND INVESTMENTS™

- WAVELAND™

3

- WAVELAND CAPITAL™

- WAVELAND CAPITAL MANAGEMENT™

- WAVELAND INTERNATIONAL™

- WAVELAND PARTNERS™

- www.wavelandinvestments.com

(collectively, the "Waveland Trademarks").

12.    Plaintiff is the owner of Illinois State Trademark Registration No. 098098 for WAVELAND INVESTMENTS (the "Illinois Registration"), for private investment firm services, which registration is valid and in full force and effect.  A true and correct copy of the registration is attached hereto as Exhibit A.

13.    Plaintiff's WAVELAND INVESTMENTS and other Waveland Trademarks have been distinctive as to such private investment firm, direct investing and/or hedge fund services since their adoption as early as 1994 with respect to certain of the Waveland Trademarks by certain of Plaintiff's predecessors in interest; and, as early as 2000 with respect to the WAVELAND INVESTMENTS mark. In addition, Plaintiff and Plaintiff's predecessors in interest to certain of the Waveland Trademarks have expended time, money and effort promoting and marketing private investment firm, direct investing and/or hedge fund services in association with the Waveland Trademarks.  As a result, Plaintiff's WAVELAND INVESTMENTS mark and other Waveland Trademarks, since their adoption by Plaintiff and/or Plaintiff's predecessors in interest, (and long prior to Defendants' use of such designations as the WAVELAND CAPITAL, WAVELAND CAPITAL ADVISORS, and/or WAVELAND CAPITAL PARTNERS in association with the same or highly similar services and/or offering same to persons and entities in the same market in which Plaintiff operates,) have served to identify the

4

source of such services in the minds of the relevant public and are valuable assets of Plaintiff and a symbol of its goodwill.

14.    Notwithstanding Plaintiff's long prior trademark rights in the WAVELAND INVESTMENTS mark and the other Waveland Trademarks in association with private investment firm, direct investing and/or hedge fund services, Defendants have adopted and used confusingly similar trademarks and domain names, including WAVELAND INTERNATIONAL, WAVELAND CAPITAL, WAVELAND CAPITAL PARTNERS, WAVELAND CAPITAL ADVISORS, and www.wavelandcapital.com (collectively, the "Infringing Designations") in connection with services that are the same or highly similar to those of Plaintiff's, including investment banking, private equity investment, capital sourcing, mergers & acquisitions advisory, seller advisory, management buyout/recapitalization advisory and direct capital investment services and/or offering same to persons and entities in the same market in which Plaintiff operates.

15.    Defendants' own website demonstrates that it both provides the same services in the same market as Plaintiff and seeks to provide related services into the same market in which Plaintiff operates. A copy of portions of Defendants' website promoting such services in association with the confusingly similar Defendants' Infringing Designations is attached hereto as Exhibit B. In particular, Defendants admit that:

> Waveland Capital Partners, "WCP" is the equity investment arm of Waveland Capital Advisors. As part of an M&A advisory firm, WCP often identifies unique transaction opportunities in the lower middle market. In these instances, _WCP can act as the principal investor or invest in partnership with other private equity firms._ The firm's investment model is management centric. Superior long-term returns result from strong management teams. WCP typically partners with management teams, both in sourcing and executing transactions. Based on the firm's differentiated investment model and heritage in human capital, WCP distinguishes itself by empowering management and investing financial and human capital as needed in order to drive long-term strategic objectives. The

collaborative relationships developed with management teams and executives are what set WCP apart from more financially engineered private equity models. (Emphasis Added). [See, www.wavelandcapital.com website at tab entitled "Waveland Capital Partners".]

Such use by Defendants has been at all times without the consent of Plaintiff.

16.     Defendants had actual knowledge of Plaintiff's prior use of at least certain of the Waveland Trademarks prior to Defendants' adoption and use of the Infringing Designations for the same or similar services and/or offering same to persons and entities in the same market in which Plaintiff operates. In fact, Defendant Brad Curtis' spouse worked in the same offices as Waveland Investments until 2003, prior to Defendants' adoption of the Infringing Designations and was well aware of Plaintiff's use of the WAVELAND INVESTMENTS trademark.

17.     Plaintiff has been and continues to be injured by Defendants' unlawful acts within the State of Illinois and within this judicial district.

## COUNT I – FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION UNDER 15 U.S.C. §1125(a)

18.     Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 17 as if fully set forth herein.

19.     Use by Defendants of the Infringing Designations without authority is causing and likely to continue to cause confusion, mistake and/or deception as to the origin, sponsorship and/or affiliation of Plaintiff's services with those of Defendants, and *vice versa* in violation of 15 U.S.C. §1125(a).

20.     The confusion, mistake or deception referred to herein arises out of the aforesaid acts of Defendants, which, among other things, constitute common law trademark infringement, false designation of origin and unfair competition in violation of Section 43(a) of the Lanham Trademark Act of 1946, as amended, 15 U.S.C. §1125(a).

21.     Upon information and belief, the aforesaid acts were undertaken willfully, with an intentional disregard of the rights of Plaintiff and with the intention of causing confusion, mistake or deception.

22.     By reason of the acts of Defendants alleged herein, Plaintiff has suffered, is suffering and will continue to suffer irreparable damage, the full extent of which is currently unknown, while Defendants are unjustly enriched at Plaintiff's substantial expense and, unless Defendants are restrained from continuing these wrongful acts, the damage to Plaintiff will increase.  In particular, Defendants' use of the designations as complained of herein is causing and likely to continue to cause Plaintiff's WAVELAND INVESTMENTS mark and the other Waveland Trademarks to lose their distinctiveness and significance as an indicator of origin.

23.     Plaintiff has no adequate remedy at law.

## COUNT II – VIOLATION OF ILLINOIS
## TRADEMARK REGISTRATION AND PROTECTION ACT

24.     Plaintiff incorporates by reference the allegations of Paragraphs 1 through 23 as if fully set forth therein.

25.     By virtue of Defendants' acts, hereinabove pleaded, Defendants have engaged in trademark infringement under the common law and statutory laws of the State of Illinois, including the Illinois Trademark Registration and Protection Act, 765 ILCS 1036/1 *et seq.*, including infringement of the Illinois Registration.

26.     By reason of and as a direct result of these acts of state and common law trademark infringement, Plaintiff has suffered, is suffering and will continue to suffer irreparable damage, the full extent of which is currently unknown, while Defendants are unjustly enriched at

Plaintiff's substantial expense and, unless Defendants are restrained from continuing these wrongful acts, the damage to Plaintiff will increase.

**COUNT III -- VIOLATION OF ILLINOIS
UNIFORM DECEPTIVE TRADE PRACTICES ACT**

27.     Plaintiff incorporates by reference the allegations of Paragraphs 1 through 26 as if fully set forth therein.

28.     By reason of the acts and practices set forth above, Defendants have been and are engaged in deceptive trade practices or acts in the conduct of a business, trade or commerce, or in the furnishing of services, in violation of the Uniform Deceptive Trade Practices Act of the State of Illinois, 815 I.L.C.S. 510/1 *et seq.*

29.     Defendants, through their use of the Infringing Designations in association with services that are the same or highly similar to those of Plaintiff, and/or are being offered to persons and entities in the same market in which Plaintiff operates are, amongst other things, falsely holding their competing services and/or themselves out as being approved by Plaintiff, affiliated with Plaintiff and/or an authorized user of Plaintiff's WAVELAND INVESTMENTS mark, Plaintiff's other Waveland Trademarks, and/or the Illinois Registration, when they are not.

30.     The public is likely to be damaged as a result of the deceptive trade practices or acts engaged in by Defendants.

31.     Unless enjoined by the Court, Defendants will continue said deceptive trade practices or acts, thereby deceiving the public.

32.     By reason of and as a direct result of these unfair and deceptive business practices by Defendants, Plaintiff has suffered, is suffering and will continue to suffer irreparable damage, the full extent of which is currently unknown, while Defendants are unjustly enriched at

Plaintiff's substantial expense and, unless Defendants are restrained from continuing these wrongful acts, the damage to Plaintiff will increase.

**COUNT IV -- VIOLATION OF ILLINOIS**
**CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT**

33.     Plaintiff incorporates by reference the allegations of Paragraphs 1 through 32 as if fully set forth therein.

34.     By reason of the acts and practices set forth above, Defendants have been and are engaged in deceptive trade practices or acts, in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 I.L.C.S. 505/1 *et seq.*

35.     Defendants, through their use of the Infringing Designations in association with services that are the same or highly similar to those of Plaintiff and/or are being offered to persons and entities in the same market, are, amongst other things, falsely holding their competing services and/or themselves out as being approved by Plaintiff, affiliated with Plaintiff and/or an authorized user of Plaintiff's WAVELAND INVESTMENTS mark, and/or the other Waveland Trademarks, when they are not.

36.     The public is likely to be damaged as a result of the deceptive trade practices or acts engaged in by Defendants.

37.     Unless enjoined by the Court, Defendants will continue said deceptive trade practices or acts, thereby deceiving the public.

38.     By reason of and as a direct result of these consumer fraud and deceptive business practices by Defendants, Plaintiff has suffered, is suffering and will continue to suffer irreparable damage, the full extent of which is currently unknown, while Defendants are unjustly enriched at Plaintiff's substantial expense and, unless Defendants are restrained from continuing these

9

wrongful acts, the damage to Plaintiff will increase.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff prays that this Court enter judgment in its favor against Defendant, as follows:

A.     That the WAVELAND INVESTMENTS mark, the other Waveland Trademarks and the Illinois Registration are all owned by Plaintiff, that Plaintiff has the exclusive right to use the WAVELAND INVESTMENTS mark, the other Waveland Trademarks and the Illinois Registration in commerce in Illinois and the United States in connection with Plaintiff's services, that the WAVELAND INVESTMENTS mark, the other Waveland Trademarks and the Illinois Registration are all valid, enforceable and have each been infringed by Defendants, and that Defendants' actions constitute trademark infringement, false designation of origin, unfair competition, and deceptive trade practices.

B.     That Defendants have: willfully infringed Plaintiff's Illinois Registration and common law trademark rights in and to the WAVELAND INVESTMENTS mark and the other Waveland Trademarks; and, have unfairly competed by using the confusingly similar Infringing Designations.

C.     That Defendants, their agents, servants, employees, attorneys and all persons in active concert or participation with them, be preliminary and permanently enjoined and restrained from: (1) further infringement of Plaintiff's WAVELAND INVESTMENTS mark, the other Waveland Trademarks and the Illinois Registration; (2) using the Infringing Designations or other designs, designations and/or indicia which are likely to cause confusion, mistake or

deception with respect to Plaintiff's WAVELAND INVESTMENTS mark, the other Waveland Trademarks and the Illinois Registration, and (3) otherwise competing unfairly with Plaintiff.

D.    That Defendants be required to pay to Plaintiff such damages, together with pre-judgment interest thereon, as Plaintiff has sustained in consequence of Defendants' unlawful acts, and to account for and return to Plaintiff any and all profits and/or advantages wrongfully gained by Defendant.

E.    That this case be found to be exceptional and that all damages sustained by Plaintiff be trebled.

F.    That Defendants be required to pay Plaintiff punitive and exemplary damages.

G.    That Defendants be required to pay Plaintiff's reasonable attorneys' fees, expenses and costs incurred in this action.

H.    That Defendants deliver up for impoundment during the pendency of this action and for destruction upon entry of judgment, all articles bearing the Infringing Designations.

I.    That Defendants be directed to file with this Court and serve on Plaintiff within 30 days after the service of any restraining order or injunction, a written report, under oath, setting forth in detail the manner and form in which Defendants have complied with the order or injunction.

J.    That Plaintiff be granted such further relief as the Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

WAVELAND INVESTMENTS, LLC

By: s/Max Shaftal
        One of its Attorneys

Phillip S. Reed, Esq.
Max Shaftal, Esq.
Jordan Herzog, Esq.
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, IL 60606
312-551-8300
Email: ipdocket@pfs-law.com

Date:   September 4, 2008

## <u>LIST OF EXHIBITS</u>

Exhibit A:          Illinois State Trademark Registration No. 098098

Exhibit B:          Portions of Defendant's Website

# EXHIBIT A

# STATE of ILLINOIS

## CERTIFICATE OF REGISTRATION

Whereas, it appears from the application of **WAVELAND INVESTMENTS, LLC, a DELAWARE LLC** located and doing business at **1850 SECOND AVE, STE 201, HIGHLAND PARK, IL 60035**, that said applicant has adopted and is using, within the State of Illinois, a certain **SERVICEMARK**, which is described as follows: **"WAVELAND INVESTMENTS"** a specimen or facsimile of which mark, as currently used, is attached hereto:

# Waveland Investments

The mark was first used on **May 17, 2000** and first used in the state of Illinois on **May 17, 2000**, the mark is being used by said applicant to identify and distinguish **"PRIVATE INVESTMENT FIRM SERVICES"** in class **S-036**.

The application has been duly examined and has been found acceptable for registration according to the laws of this State. Said mark is therefore, registered as of this day, number **098098** for a five year period.



In Witness Whereof, I have hereunto set my hand and caused to be affixed the Great Seal of State, at the Capitol in the city of Springfield, September 17, 2007.

*Jesse White*

**JESSE WHITE**
**SECRETARY OF STATE**

# EXHIBIT B



OUR TEAM | CORPORATE FINANCE | WAVELAND CAPITAL PARTNERS | CONTACT

## commitment. action. results.

Waveland Capital Advisors is the specialized M&A practice of Waveland International, Inc. Waveland International was founded in 1997 with the core belief that operators create value for companies, not financial engineers. As such, we bring an operator's perspective to the M&A marketplace.

Given this philosophy, we approach our client relationships in the true spirit of strategic partnership. We believe that effective M&A advisory service is driven by understanding the needs of entrepreneurs and business owners and the markets in which they compete.

**READ MORE ABOUT US »**

©2008 Waveland International, Inc. | Web Design by Lunar Media



WAVELAND CAPITAL ADVISORS | ABOUT US | OUR TEAM | CORPORATE FINANCE | WAVELAND CAPITAL PARTNERS | CONTACT | HOME

# ABOUT US

‣ Transactions
‣ Executive Connections

Waveland Capital is fully committed to our clients' interests. We approach any transaction from the perspective of our clients.  As former operators, we bring an operator's insight to the transaction process.

To that end, we partner with our clients by taking the necessary time to understand their business philosophies, comprehend their needs, and share their energy and enthusiasm.  We are passionate about our clients' businesses, demonstrating relentless commitment and corresponding results.

## Specialty Focus

Waveland Capital offers a specialized consumer products practice.  In particular, we have a strong background in the consumer healthcare market, which includes a broad range of product segments including personal care, self-care and home healthcare.  Our consumer products practice places a high emphasis on branded companies, not only in consumer healthcare, but also in a wide range of consumer sub-segments, including pet care, food and beverage, infant care products and a broad range of consumer services.

## Executive Search

Our association with an executive search firm allows us to not only broaden our reach but also helps us keep a pulse on the trends effecting executives in today's workplace. Visit us at **www.wavelandsearch.com**

 **commitment. action. results.**

© Waveland International, Inc. All Rights Reserved. | Web Design by Lunar Medi- 





# ABOUT US

## Transactions

Waveland Capital is proud of the following successful transactions we have delivered for our clients.











# CORPORATE FINANCE

**Management Buyout/Recapitalization Advisory**

Management buyouts and recapitalizations provide shareholders and companies unique opportunities for change while offering a degree of consistency. A properly structured transaction can provide current liquidity and future capital appreciation for business owners, and can empower companies with the opportunity to grow in new directions while ensuring that the current management team remains in place.

Waveland Capital is experienced in all phases of the management buyout/recapitalization process. We have expertise in determining the feasibility of a transaction, developing the appropriate structure, finding the right private equity partner and negotiating the terms of the management agreement. As former operators of private equity-owned companies, we bring a unique understanding to how best structure this type of transaction.

**Seller Advisory**

From the valuation of the business and the advisability of a sale, to marketing the proposed transaction to potential buyers and negotiating an agreement, Waveland Capital offers a level of service unique in the lower-middle-market.

We view our role as partners and collaborators and are actively involved in every aspect of the transaction. Our hands-on approach, which features a rigorous screening and evaluation of potential buyers, is designed to reduce our clients' time commitment. We run a discrete process and enable our clients to stay focused on running their business issues. Waveland Capital has the experience necessary to help companies avoid potential pitfalls before they become problems, and the expertise to move quickly and decisively if problems occur.

Waveland Capital adds significant value to a transaction, ensuring that our clients' goals are achieved when structuring, negotiating and closing transactions.

**Buy-Side M&A Advisory**

Waveland Capital helps clients identify, initiate and close non-auctioned acquisition targets through a targeted and strategic buy-side acquisition strategy and approach. We have also developed differentiated expertise in sourcing add-on acquisitions for private equity clients, by strategically leveraging the resources of our human capital division and by working closely with our executive relationships and proprietary industry relationships.

**Capital Sourcing**

Waveland Capital assists clients achieve their strategic objectives by tapping into our deep strategic partnerships and our extensive network of contacts to create the appropriate capital structure for their enterprise through our full range of available capital resources. In addition to sourcing debt and equity, we work with our clients to optimize the business' capital structure to ensure maximum operating effectiveness.

 

WAVELAND CAPITAL ADVISORS | ABOUT US | OUR TEAM | CORPORATE FINANCE | WAVELAND CAPITAL PARTNERS | CONTACT | HOME

# PARTNERS

Waveland Capital Partners, "WCP" is the equity investment arm of Waveland Capital Advisors. As part of an M&A advisory firm, WCP often identifies unique transaction opportunities in the lower middle market. In these instances, WCP can act as the principal investor or invest in partnership with other private equity firms. The firm's investment model is management centric. Superior long-term returns result from strong management teams. WCP typically partners with management teams, both in sourcing and executing transactions. Based on the firm's differentiated investment model and heritage in human capital, WCP distinguishes itself by empowering management and investing financial and human capital as needed in order to drive long-term strategic objectives. The collaborative relationships developed with management teams and executives are what set WCP apart from more financially engineered private equity models.

WCP does not currently utilize institutional capital, but rather works closely with high net worth individuals and our affiliate of executives within the firm's Executive Connections program to fund investment opportunities. Therefore, WCP has no predetermined exit requirements or time horizons for our investments. The goal is to create substantial long-term value for our investors and management teams. Given the principals' expertise in the consumer space, WCP tends to focus on consumer product and distribution platforms and brand oriented companies in the lower middle market. WCP believes that a Company's strongest assets are its intangible assets that can provide sustainable barriers to competition and act as a principal catalyst to exits.



WAVELAND CAPITAL ADVISORS    ABOUT US | OUR TEAM | CORPORATE FINANCE | WAVELAND CAPITAL PARTNERS | CONTACT | HOME

# OUR TEAM



### Brad Curtis

Brad serves as the Managing Director of Waveland Capital, the firm's merger & acquisition advisory group, based in Chicago. Brad brings a unique blend of operating, financial advisory, and transaction experience to lead Waveland's M&A practice.

Previously, Brad worked with a Chicago-based private equity firm, Jordan Industries, as part of the management team of two of the firm's healthcare portfolio holdings. Brad was instrumental in growing these operating companies organically and through acquisition. These companies were ultimately sold to a strategic buyer. Brad also worked for the Hilco Organization, a financial advisory and specialty finance company based in Northbrook, IL. In this capacity, he worked closely with private equity firms, financial intermediaries and lenders.

Brad also founded his own merger and acquisition advisory firm, C Capital Advisors, a boutique investment banking firm with a concentration in the health and consumer products space. Transactions have involved both strategic and private equity acquirers.

Earlier in his career, Brad served as the Political Director for Texas Congressman Sam Johnson, leading his fundraising and campaign operations. Brad received his A.B. from Brown University and holds an MBA in Finance, with distinction, from DePaul University. He is married with two children and resides in Highland Park, IL.



### Karthik Vasudevan

Karthik is a principal and founding member of Waveland Capital.

Karthik is also a founding member of Great American Group Intellectual Property Advisors, an intellectual property valuation firm. Prior to co-founding Intellectual Property Advisors, he was a founding member of Hilco Enterprise Valuation Services (EVS), a national valuation firm. Karthik co-led Hilco EVS and specialized in valuations for asset-based lending purposes and FAS 141/142 valuations of public and private companies. As a consultant to asset-based lenders and equity sponsor groups, he focused on identifying and quantifying lendable value in intangible assets and other asset classes in middle market companies spanning a myriad of industries.

Earlier in his career, Karthik was an investment banking associate with Soundview Technology Group. Prior to that, he worked in research and development, process engineering, marketing, and sales with Goodyear Chemical, a division of the Goodyear Tire & Rubber Company.

Karthik holds an MBA from the Kellogg School of Management at Northwestern University and a BS in chemical engineering from Carnegie Mellon University. He is married and resides in San Francisco and serves on the Advisory Board for Junior Achievement of San Francisco.

### Phillip D. Greenspan

Phil serves as the Managing Director of Waveland Capital. With more than twenty years in the executive search industry, Phil has gained unique expertise in the management of diverse recruitment needs for clients in virtually every industry, encompassing major functional disciplines at the corporate, divisional and operating levels. His current practice focuses heavily on diversified industries involved in technology, manufacturing, consumer goods/services and industrial products.

Prior to joining the Waveland International organization, Phil was executive vice president and managing director at the Chicago headquarters of DHR International, the 11th largest executive search consulting firm in the U.S. During Phil's four year tenure at DHR, he was a leading architect in the firm's dramatic 300% revenue growth.



Phil's prior executive search experiences include the creation and diversification of a regional professional services firm in Dallas, as well as a successful earlier career in Chicago. His current client base ranges from small privately owned businesses to Fortune 100 multinationals. He has successfully completed engagements at the senior executive level in the biotechnology, real estate services, hospitality, consumer durables manufacturing and high technology sectors.

Phil holds a business administration degree from Southern Illinois University and resides in Chicago.



### Nelson D. Rodriguez

Nelson is a Managing Partner in the Chicago office of Waveland Capital where he specializes in working with Private Equity backed clients, and has a well rounded background conducting searches in a variety of industries and functional capacities for companies ranging from start-up to Fortune 100. Nelson joins Waveland from Cook Associates where he was the Managing Director of the Business Services & Technology Practice after they had acquired his Chicago-based retained executive search firm Cristal Partners.

Nelson has significant experience in both executive search and consulting. Prior to starting his own firm, Nelson served as Executive Vice President and a member of the management team of IT Mergers and Acquisitions, a venture backed, start-up organization. The firm's focus was M&A transactions and recruiting, specifically within the information technology services area.

Nelson began his executive search career with DHR International, where he served in a variety of capacities including his role as Senior Vice President, in which he had direct responsibility for the firm's high rate of growth through acquisitions and recruitment of executives. He simultaneously managed client assignments for a wide range of industry sectors and functions throughout North America. His expertise in executive search as a specialist in professional services has been recognized by IT Global Consulting Report and InfoWorld, where he has served as an expert source in various articles.

Prior to entering the executive search business, Nelson served as Director of Distribution for the publication, Pro Football Weekly. He also served as the assistant defensive coordinator for the North Central College varsity football team. Nelson earned a Bachelor of Arts from Northwestern College in Minnesota, where he was a scholar athlete, excelling in baseball and football. He is married with two sons and resides in Western Springs, a suburb of Chicago.

 **commitment. action. results.**     © Waveland International, Inc. All Rights Reserved. | Web Design by Lunar Media